UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTHLAND INSURANCE COMPANY,

    Plaintiff,

vs.

Case No. 07-CV-11093
HON. GEORGE CARAM STEEH

RED WING TRANSPORTATION, INC.,
SELMAN TRANSPORTATION, INC.,
LISA SMITH, individually and as Conservator
of Michael James Smith, a protected person,
and NATIONAL CASUALTY COMPANY,

    Defendants.

_____/

## ORDER STRIKING MAY 14, 2007 ANSWER FILED BY CORPORATE DEFENDANTS RED WING AND SELMAN (#12)

Plaintiff Northland Insurance Company filed a complaint on March 14, 2007 seeking declaratory relief regarding insurance coverage with respect to an underlying personal injury action allegedly involving defendants Red Wing Transportation, Inc. and Selman Transportation, Inc.. The record in this matter indicates Red Wing Transportation and Selman Transportation were served with process on March 20, 2007. On May 14, 2007 Red Wing Transportation's and Selman Transportation's corporate president Gerald Selman filed an Answer on their behalf. An attorney appearance has not been filed for Red Wing Transportation or Selman Transportation.

A corporate president may not represent his corporation in federal court as a matter of law. United States v. 9.19 Acres of Land, 416 F.2d 1244, 1245 (6th Cir. 1969). A

corporation must be represented by an attorney-at-law.  Id.  Accordingly,

Corporate defendants Red Wing Transportation, Inc.'s and Selman Transportation, Inc.'s May 14, 2007 Answer is hereby STRICKEN.  Defendants Red Wing Transportation and Selman Transportation are hereby forewarned that their failure to file an answer or otherwise defend this matter through an attorney-at-law admitted to practice in the Eastern District of Michigan, will result in an entry of default judgment.

SO ORDERED.

Dated:  May 24, 2007

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 24, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk